No. D–719.  IN RE DISBARMENT OF EZRIN.  It is ordered that Herbert Stanley Ezrin, of Potomac, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 87–548.  TRANS WORLD AIRLINES, INC. v. INDEPENDENT FEDERATION OF FLIGHT ATTENDANTS.  C. A. 8th Cir.  [Certiorari granted, 485 U. S. 958.]  Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

No. 87–984.  SHELL OIL CO. v. IOWA DEPARTMENT OF REVENUE.  Sup. Ct. Iowa.  [Probable jurisdiction noted, 484 U. S. 1058.]  Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

No. 87–1245.  TEXAS MONTHLY, INC. v. BULLOCK, COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TEXAS, ET AL.  Ct. App. Tex., 3d Dist.  [Probable jurisdiction noted, 485 U. S. 958.]  Motion of Magazine Publishers of America, Inc., for leave to file a brief as amicus curiae granted.

No. 87–1252.  H. J. INC. ET AL. v. NORTHWESTERN BELL TELEPHONE CO. ET AL.  C. A. 8th Cir.  [Certiorari granted, 485 U. S. 958.]  Motion of petitioners for divided argument denied.

No. 87–1661.  ASARCO INC. ET AL. v. KADISH ET AL.  Sup. Ct. Ariz.  The Solicitor General is invited to file a brief in this case expressing the views of the United States.  JUSTICE O'CONNOR took no part in the consideration or decision of this order.

No. 87–6814.  IN RE ZUSCHLAG.  Petition for writ of mandamus denied.

No. 87–1437.  BLANTON ET AL. v. CITY OF NORTH LAS VEGAS, NEVADA.  Sup. Ct. Nev.  Certiorari granted.

No. 87–1816.  GREEN v. BOCK LAUNDRY MACHINE CO.  C. A. 3d Cir.  Certiorari granted.